**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**James Edward ELLERBE,**
**Defendant—Appellant.**

No. 05–7644.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 16, 2006.

Decided Feb. 22, 2006.

James Edward Ellerbe, Appellant Pro Se.

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Edward Ellerbe appeals the district court's order denying his motion to compel release of withheld discovery and his case file. We have reviewed the record and find no reversible error. Accordingly, we affirm the order of the district court. *See United States v. Ellerbe,* No. CR–97–100–BR (E.D.N.C. filed Sept. 12, 2005 & entered Sept. 13, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*